**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

ELDIN ADAN SALGUERO MIGUEL,
Petitioner,

v. Civil Action No. 1:26-cv-02705

WARDEN, ABYON FARMVILLE DETENTION CENTER, et al.
Respondents.

**MOTION FOR VOLUNTARY DISMISSAL**

Petitioner Eldin Adan Salguero Miguel, by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), for an order dismissing this action without prejudice. In support of this Motion, Petitioner states as follows:

1. This action was commenced on August 21, 2026 by the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

2. Respondents filed an Answer to the Petition on August 31, 2026.

3. Petitioner now considers the underlying dispute resolved, and does not wish to move forward with the habeas petition.

4. Dismissal at this stage will not prejudice any party, as no counterclaims are pending. Petitioner, through undersigned counsel has also informed Respondents, through counsel, of Petitioner's request to move for voluntary dismissal, or for a stipulated order of dismissal, depending on Respondents' position.

WHEREFORE, Petitioner respectfully requests that this Court enter an Order dismissing this action without prejudice, with each party to bear its own costs and fees.

Dated: 09/02/2026

Respectfully submitted,

/s/ Rebecca J. Walters
Rebecca J. Walters, Esq.
Virginia Bar No. 81059
Wilkes Legal, LLC
7200 Carroll Avenue
Takoma Park, MD 20912
Tel: (301) 576-0491
Counsel for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that on 09/02/2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including the Office of the United States Attorney for the Eastern District of Virginia.

/s/ Rebecca J. Walters

So Ordered

/s/ LMB

Leonie M. Brinkema
United States District Judge

9/3/26